# EXHIBIT 8

Anlage EIP D3
zur Klageschrift vom 10.03.2014
Unwired Planet Int. Ltd. /.
Google Inc. u. a.

**EXECUTION VERSION**

## PATENT ASSIGNMENT AGREEMENT

This PATENT ASSIGNMENT AGREEMENT ("**Agreement**") dated as of February 27, 2014 (the "**Effective Date**") by and between:

(i) Unwired Planet, LLC, a Nevada limited liability company, with its registered office presently located at 170 South Virginia Street, Suite 201, Reno, NV 89501, United States of America ("**Assignor**"); and

(ii) Unwired Planet International Limited, an Irish limited company, with its registered office presently located at 70, Sir John Rogerson's Quay, Dublin 2, Ireland ("**Assignee**").

### WITNESSETH:

WHEREAS, Assignor now wishes to assign to Assignee its right, title and interest in and to the Assigned Patents.

NOW, THEREFORE, in consideration of the foregoing and the mutual promises and agreements contained in this Agreement, and for other good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, the parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys and transfers to Assignee its right, title, and interest in and to all of the patents and patent applications set forth on Schedule A attached hereto (collectively, the "**Assigned Patents**"), in each case, subject to all existing encumbrances. Pursuant to the foregoing assignment, each of the Assigned Patents shall hereafter be for Assignee's own use and enjoyment, and for the use and enjoyment of Assignee's successors and assigns, as fully and entirely as the same would have been held and enjoyed by the applicable Assignor if this Agreement had not been made. The foregoing assignment includes, without limitation, the rights of Assignor, if any, to (A) register or apply in all countries and regions for patents, utility models, design registrations and like rights of exclusion and for inventors' certificates for the Assigned Patents; (B) prosecute, maintain and defend the Assigned Patents before any public or private agency, office or registrar including by filing divisions, substitutes, extensions and all other applications and post issue proceedings included in the Assigned Patents; (C) claim priority based on the filing dates of any of the Assigned Patents under the International Convention for the Protection of Industrial Property, the Patent Cooperation Treaty, the European Patent Convention, the Paris Convention, and all other treaties of like purposes; and (D) all causes of action, remedies and other enforcement rights relating to the Assigned Patents including the right to initiate and maintain legal proceedings in respect of any past, present or future infringements thereof and to seek and recover damages or other compensation in respect of such infringements and obtain equitable relief, including injunctive relief, in respect of

such infringements, and the right to fully and entirely stand in the place of the applicable Assignor in all matters related to the Assigned Patents.

2. <u>Authorization</u>. Assignor also hereby expressly authorizes the respective patent office or governmental agency in each and every jurisdiction worldwide (including the Commissioner of Patents and Trademarks in the United States Patent and Trademark Office, and the corresponding entities or agencies in any applicable foreign countries or multinational authorities) (the "**Applicable IP Offices**") to: (A) issue any and all patents or certificates of invention or equivalent which may be granted upon any of the Assigned Patents in the name of Assignee, as the assignee to the Assignor's interest therein; and (B) record Assignee as the assignee of the Assigned Patents and to deliver to Assignee, and to Assignee's attorneys, agents, successors or assigns, all official documents and communications as may be warranted by this Agreement.

3. <u>Further Assurances</u>. Each party hereby agrees to execute and deliver to the other party all necessary documents and take all necessary actions reasonably requested by such party from time to time to confirm or effect the assignments set forth in this Agreement, or otherwise to carry out the purposes of this Agreement, including, without limitation, by providing executed originals of short-form assignment agreements entered into by Assignor and Assignee on the Effective Date for filing or otherwise evidencing the assignments set forth in this Agreement with the Applicable IP Offices; provided, however, that nothing contained herein shall obligate Assignor to incur any cost or pay any expense in connection therewith.

4. <u>Governing Law</u>. This Agreement shall be governed by the laws of Nevada.

5. <u>General Provisions</u>. This Agreement may be executed in any number of counterparts, each of which shall be deemed to be an original, and all of which together shall constitute one and the same instrument. Delivery of an executed counterpart of a signature page to this Agreement by facsimile or electronic mail shall be as effective as delivery of a manually executed counterpart of this Agreement. This Agreement may not be supplemented, altered, or modified in any manner except by a writing signed by all parties hereto. The failure of any party to enforce any terms or provisions of this Agreement shall not waive any of its rights under such terms or provisions.

[Remainder of this page intentionally left blank]

IN WITNESS WHEREOF, Assignor and Assignee have caused this instrument to be executed by their respective duly authorized representative as of the Effective Date.

Assignor:

UNWIRED PLANET, LLC

By _____

Name: Eric Vetter

Title: Chief Financial Officer

Assignee:

UNWIRED PLANET
INTERNATIONAL LIMITED

By _____

Name: Sami Saru

Title: Director

Schedule A                    List of Assigned Patents

| EIP Ref | CC | Status | Application Number | Filing Date | Grant Number | Grant Date |
|---|---|---|---|---|---|---|
| E5142.500(T).AT(EPW) | AT | Granted | 08844758.6 | 2008-10-27 | EP 2206395 B1 (AT524046) | 2011-09-07 |
| E1002.550(T).BE(EPW) | BE | Granted | 99937344.2 | 1999-07-20 | EP 1099354 B1 | 2013-05-15 |
| E5128(T).BE(EP#W) | BE | Granted | 07711716.6 | 2007-02-28 | EP 2119287 B1 | 2013-11-13 |
| E5142.500(T).BE(EPW) | BE | Granted | 08844758.6 | 2008-10-27 | EP 2206395 B1 | 2011-09-07 |
| E5128(T).BE(EP#WD1) | BE | Granted | 12159399.0 | 2007-02-28 | EP 2485514 B1 | 2013-12-18 |
| E5134(T).CH(EP#W) | CH | Granted | 07769033.7 | 2007-07-02 | EP 2163019 B1 | 2012-09-12 |
| E5142.500(T).CH(EPW) | CH | Granted | 08844758.6 | 2008-10-27 | EP 2206395 B1 | 2011-09-07 |
| E5150(T).CH(EPW[1]) | CH | Granted | 08870057.0 | 2008-10-07 | EP 2229744 B1 | 2013-05-22 |
| E6173(T).CZW | CZ | Granted | PV1999.3159 | 1998-02-26 | CZ 295958 B6 | 2005-12-14 |
| E6126(T).CZW | CZ | Granted | PV1999.1722 | 1997-10-28 | CZ 301170 B6 | 2009-11-25 |
| E5091(T).CZ(EP#W) | CZ | Granted | 05787092.2 | 2005-01-31 | EP 1849316 B1 | 2009-07-29 |
| E5126(T).CZ(EP#W) | CZ | Granted | 06829876.9 | 2006-12-27 | EP 2127457 B1 | 2012-09-05 |
| E5142.500(T).CZ(EPW) | CZ | Granted | 08844758.6 | 2008-10-27 | EP 2206395 B1 | 2011-09-07 |
| E6093(T).DE# | DE | Granted | 19630343.5 | 1996-07-26 | DE 19630343 B4 | 2004-08-26 |
| E6169.450(T).DE# | DE | Granted | 19706985.1 | 1997-02-21 | DE 19706985 B4 | 2004-03-18 |
| E6205(T).DE# | DE | Granted | 19737830.7 | 1997-08-29 | DE 19737830 C2 | 2000-04-27 |
| E5004(T).DEW | DE | Granted | 19781897.8 | 1997-07-11 | DE 19781897 B4 | 2009-02-19 |
| E6101(T).DEW | DE | Granted | 19781955.9 | 1997-08-26 | DE 19781955 B4 | 2011-11-24 |
| E5007(T).DEW | DE | Granted | 19782027.1 | 1997-10-01 | DE 19782027 B4 | 2006-11-23 |
| E6245.250(T).DE# | DE | Granted | P19803796.1 | 1998-01-30 | DE 19803796 B4 | 2006-10-26 |
| E6268.4D0(T).DE# | DE | Granted | P19820248.2 | 1998-05-06 | DE 19820248 B4 | 2006-02-23 |
| E6178(T).DEW | DE | Granted | 19882216.2 | 1998-04-02 | DE 19882216 B4 | 2007-04-26 |
| E5013(T).DEW | DE | Granted | 19882379.0 | 1998-03-31 | DE 19882329 B3 | 2012-08-02 |
| E5023(T).DEW | DE | Pending | 19983300.1 | 1999-06-11 | DE 19983300 B3 | 2012-12-20 |
| E6320(T).DEW | DE | Granted | 19983613.2 | 1999-10-08 | DE 19983613 B4 | 2009-12-24 |
| E6011(T).DEW | DE | Granted | D4497810.3 | 1994-10-07 | DE 4497810 B4 | 2009-10-08 |
| E6005(T).DE(EP) | DE | Granted | 94850072.3 | 1994-04-28 | EP 0622910 B1 (69432844-8) | 2003-06-25 |
| E6006(T).DE(EPW) | DE | Granted | 94916451.1 | 1994-05-10 | EP 0650647 B1 (69431648-2) | 2002-11-06 |
| E6021(T).DE(EPW) | DE | Granted | 95934422.7 | 1995-09-13 | EP 0728390 B1 (69537949-9) | 2004-04-28 |
| E6022(T).DE(EPW) | DE | Granted | 95933822.9 | 1995-09-14 | EP 0728393 B1 (69531482-3) | 2003-08-13 |
| E6015(T).DE(EPW) | DE | Granted | 95918805.3 | 1995-04-25 | EP 0758466 B1 (69521508-6) | 2001-06-27 |
| E6017(T).DE(EPW1) | DE | Granted | 95926085.2 | 1995-07-13 | EP 0771493 B1 (69525343-3) | 2002-02-06 |
| E6018(T).DE(EPW) | DE | Granted | 95924081.3 | 1995-06-28 | EP 0771511 B1 (69503906-7) | 1998-08-05 |
| E6012(T).DE(EPW) | DE | Granted | 959D4723.4 | 1994-12-15 | EP 0775335 B1 (69412520-2) | 1998-08-11 |
| E400(T).DE(EP) | DE | Granted | 96309006.3 | 1996-12-11 | EP 0779759 B1 (69635338-5) | 2005-10-26 |
| E6025(T).DE(FPW) | DE | Granted | 95934430.0 | 1995-09-14 | EP 0782789 B1 (69530778-9) | 2003-05-14 |
| E6028(T).DE(EPW) | DE | Granted | 95938114.6 | 1995-10-06 | EP 0786188 B1 (69524884-7) | 2002-01-02 |
| E5000(T).DE(EPW) | DE | Granted | 95943651.0 | 1995-11-16 | EP 079254D B1 (69515684-5) | 2000-03-15 |
| E6032(T).DE(EPW) | DE | Granted | 95941274.3 | 1995-11-22 | EP 0796544 B1 (69532534-5) | 2004-02-04 |
| E6036(T).DE(EPW) | DE | Granted | 96906451.8 | 1996-02-20 | EP 0811301 B1 (69637491-9) | 2008-04-09 |
| E6038(T).DE(EPW) | DE | Granted | 96907848.4 | 1996-03-20 | EP 0815700 B1 (69634120-4) | 2004-12-29 |
| E6039(T).DE(EPW) | DE | Granted | 96907842.7 | 1996-03-19 | EP 0819055 B1 (69628289-5) | 2003-05-21 |
| E5001(T).DE(EPW) | DE | Granted | 96910506.3 | 1996-03-22 | EP 0819364 B1 (6963B540-6) | 2012-11-28 |
| E6043.1D0(T).DE(EPW) | DE | Granted | 96915532.4 | 1996-05-06 | EP 0824801 B1 (69623009-7) | 2002-08-14 |
| E6043(T).DE(EPW) | DE | Granted | 96915280.0 | 1996-05-03 | EP 0824842 B1 (69634198-0) | 2006-01-19 |
| E6047(T).DE(EPW) | DE | Granted | 96924518.2 | 1996-07-17 | EP 0840960 B1 (69625816-1) | 2003-01-15 |
| E6049(T).DE(EPW) | DE | Granted | 96931340.2 | 1996-09-13 | EP 0852100 B1 (69632469-5) | 2004-05-12 |
| E6050(T).DE(EPW) | DE | Granted | 96931346.9 | 1996-09-17 | EP 0852102 B1 (69634755-5) | 2005-05-18 |
| E6051(T).DE(EPW) | DE | Granted | 96932905.1 | 1996-09-25 | EP 0852854 B1 (69611684-7) | 2001-01-24 |
| E6055.100(T).DE(EPW) | DE | Granted | 96935740.9 | 1996-10-21 | EP 0857399 B1 (69632473-3) | 2004-05-12 |
| E6063(T).DE(EPW) | DE | Granted | 96943416.6 | 1996-11-22 | EP 0867052 B1 (69626540-0) | 2003-03-05 |
| E6066(T).DE(EPW) | DE | Granted | 96945936.1 | 1996-12-19 | EP B868788 B1 (69609525-4) | 2000-07-26 |
| E6064(T).DE(EPW) | DE | Granted | 96942910.9 | 1996-12-03 | EP 0868790 B1 (69615395-5) | 2001-09-19 |

Schedule A                  List of Assigned Patents

| EIP Ref | CC | Status | Application Number | Filing Date | Grant Number | Grant Date |
|---|---|---|---|---|---|---|
| E6041(T).DE(EPW) | DE | Granted | 96909413.5 | 1996-03-07 | EP 0872144 B1 (69631292-1) | 2004-01-07 |
| E5002(T).DE(EPW) | DE | Granted | 97902796.8 | 1997-01-30 | EP 0878029 B1 (69740596-6) | 2013-05-15 |
| E6069(T).DE(EPW) | DE | Granted | 97902787.7 | 1997-01-28 | EP 0878108 B1 (69734870-9) | 2005-12-14 |
| E6072(T).DE(EPW) | DE | Granted | 97914762.6 | 1997-02-26 | EP 0883932 B1 (69702596-9) | 2000-07-19 |
| E6072.001(T).DE(EP#W) | DE | Granted | 96911249.9 | 1996-03-01 | EP 0883934 B1 (69623337-1) | 2002-08-28 |
| E5003(T).DE(EPW) | DE | Granted | 97917641.9 | 1997-03-28 | EP 0883949 B1 (69719313-6) | 2003-02-26 |
| E6074(T).DE(EPW) | DE | Granted | 97908067.8 | 1997-03-06 | EP 0885512 B1 (69729374-2) | 2004-06-02 |
| E6075.100(T).DE(EPW) | DE | Granted | 97914988.7 | 1997-03-13 | EP 0888681 B1 (69722390-6) | 2003-05-28 |
| E6077(T).DE(EPW) | DE | Granted | 97919901.5 | 1997-03-28 | EP 0891662 B1 (69733346-9) | 2005-05-25 |
| E6076(T).DE(EPW) | DE | Granted | 97919813.2 | 1997-03-25 | EP 0891683 B1 (69732179-7) | 2005-01-05 |
| E6078(T).DE(EPW) | DE | Granted | 97921098.6 | 1997-04-03 | EP 0893013 B1 (69726416-5) | 2003-11-26 |
| E6080(T).DE(EPW) | DE | Granted | 97918673.1 | 1997-04-14 | EP 0894368 B1 (69720710-2) | 2003-04-09 |
| E6079(T).DE(EPW) | DE | Granted | 97918457.9 | 1997-04-14 | EP 0894408 B1 (69736175-6) | 2006-06-21 |
| E6090(T).DE(EPW) | DE | Granted | 97933218.6 | 1997-07-11 | EP 0901720 B1 (69701356-1) | 2000-08-01 |
| E6086(T).DE(EPW) | DE | Granted | 97929818.9 | 1997-06-18 | EP 0908025 B1 (69720446-4) | 2003-04-02 |
| E6091(T).DE(EPW) | DE | Granted | 97931530.6 | 1997-07-07 | EP 0913038 B1 (69707133-2) | 2001-10-04 |
| E6092(T).DE(EPW) | DE | Granted | 97934830.7 | 1997-07-22 | EP 0914719 B1 (69723559-9) | 2003-07-16 |
| E6094(T).DE(EPW) | DE | Granted | 97933978.5 | 1997-07-22 | EP 0916229 B1 (69729943-0) | 2004-07-21 |
| E6099(T).DE(EPW) | DE | Granted | 97937236.4 | 1997-08-13 | EP 0919086 B1 (69712492-4) | 2002-05-08 |
| E5006(T).DE(EPW) | DE | Granted | 97944237.3 | 1997-09-19 | EP 0920757 B1 (69732969-0) | 2005-04-06 |
| E6102(T).DE(EPW) | DE | Granted | 97936181.3 | 1997-07-25 | EP 0922340 B1 (69710739-6) | 2002-02-27 |
| E6104(T).DE(EPW) | DE | Granted | 97938230.6 | 1997-08-12 | EP 0923817 B1 (69712347-2) | 2002-05-02 |
| E6114(T).DE(EPW) | DE | Granted | 97912651.3 | 1997-10-07 | EP 0931382 B1 (69710746-9) | 2002-02-27 |
| E6116(T).DE(EPW) | DE | Granted | 97945330.5 | 1997-09-29 | EP 0931383 B1 (69721028-6) | 2003-04-16 |
| E6115(T).DE(EPW) | DE | Granted | 97945199.4 | 1997-10-07 | EP 0931391 B1 (69703700-2) | 2000-12-13 |
| E6119(T).DE(EPW) | DE | Granted | 97910661.4 | 1997-10-10 | EP 0934628 B1 (69724138-6) | 2003-08-13 |
| E6110(T).DE(EPW) | DE | Granted | 97944401.5 | 1997-09-24 | EP 0934630 B1 (69709389-1) | 2001-12-19 |
| E6112(T).DE(EPW) | DE | Granted | 97944565.7 | 1997-09-30 | EP 0934671 B1 (69732044-8) | 2004-12-22 |
| E6133(T).DE(EPW) | DE | Granted | 97950769.6 | 1997-12-01 | EP 0943191 B1 (69711218-7) | 2002-03-20 |
| E6141(T).DE(EPW) | DE | Granted | 97948292.4 | 1997-11-24 | EP 0944953 B1 (69706064-0) | 2001-08-08 |
| E6150(T).DE(EPW) | DE | Granted | 97951363.7 | 1997-12-16 | EP 0944960 B1 (69712092-9) | 2002-04-17 |
| E6137(T).DE(EPW) | DE | Granted | 97949617.1 | 1997-12-05 | EP 0944972 B1 (69733270-5) | 2005-05-11 |
| E6148(T).DE(EPW) | DE | Granted | 97949296.4 | 1997-11-21 | EP 0946914 B1 (69715245-6) | 2002-09-04 |
| E6147(T).DE(EPW) | DE | Granted | 979513579 | 1997-12-16 | EP 0947031 B1 (69713803-8) | 2002-07-03 |
| E6139(T).DE(EPW) | DE | Granted | 97952401.4 | 1997-12-12 | EP 0947069 B1 (69733210-1) | 2005-05-04 |
| E6146(T).DE(EPW) | DE | Granted | 97951365.2 | 1997-12-16 | EP 0947112 B1 (69740294-D) | 2011-09-21 |
| E6158(T).DE(EPW) | DE | Granted | 97952673.8 | 1997-12-23 | EP 0950300 B1 (69733767-7) | 2005-07-20 |
| E6156(T).DE(EPW) | DE | Granted | 97949719.5 | 1997-12-08 | EP 095175B B1 (69733770-7) | 2005-07-20 |
| E6166(T).DE(EPW) | DE | Granted | 98906036.3 | 1998-01-28 | EP 0956700 B1 (69837985-3) | 2007-06-27 |
| E6161.001(T).DE(EPW) | DE | Granted | 98901614.2 | 1998-01-13 | EP 0963626 B1 (69833184-2) | 2006-01-11 |
| E6173(T).DE(EPW) | DE | Granted | 98908380.3 | 1998-02-26 | EP 0965194 B1 (69836204-7) | 2006-10-18 |
| E6175(T).DE(EPW) | DE | Granted | 9B908971.9 | 1998-03-05 | EP 0968599 B1 (69800771-9) | 2001-05-09 |
| E618D(T).DE(EPW) | DE | Granted | 98917862.9 | 1998-04-07 | EP 0976214 B1 (69842530-8) | 2011-12-07 |
| X E424(T).DE(EP) | DE | Granted | 99307459.0 | 1999-09-21 | EP 0989712 B1 (69924573-7) | 2005-04-06 |
| E6116(T).DE(EPWD1) | DE | Granted | 99126230.4 | 1997-09-29 | EP 099B072 B1 (69720544-4) | 2003-04-02 |
| E6197(T).DE(EPW) | DE | Granted | 98942016.1 | 1998-08-07 | EP 1002380 B1 (69815689-7) | 2003-06-18 |
| E6199(T).DE(EPW) | DE | Granted | 98940890.1 | 1998-08-13 | EP 1004182 B1 (69810485-4) | 2003-01-02 |
| E6142(T).DE(EPW) | DE | Granted | 97948089.4 | 1997-12-05 | EP 1008236 B1 (69727981-2) | 2004-03-03 |
| E6201(T).DE(EPW) | DE | Granted | 98936785.9 | 1998-08-07 | EP 1008273 B1 (69829755-5) | 2005-04-13 |
| E6140(T).DE(EPW) | DE | Granted | 97952475.8 | 1997-12-12 | EP 1010260 B1 (69711247-0) | 2002-03-20 |
| E6204(T).DE(EPW) | DE | Granted | 98944560.6 | 1998-08-27 | EP 1012969 B1 (69803861-4) | 2002-02-13 |
| E5008(T).DE(EPW) | DE | Granted | 97951575.6 | 1997-12-03 | EP 1013037 B1 (69735602-7) | 2006-03-29 |
| E6163(T).DE(EPW) | DE | Granted | 98901611.8 | 1998-01-09 | EP 1013124 B1 (69831339-9) | 2005-08-24 |

Schedule A                               List of Assigned Patents

| EIP Ref | CC | Status | Application Number | Filing Date | Grant Number | Grant Date |
|---|---|---|---|---|---|---|
| E6138(T).DE(EPW) | DE | Granted | 97952477.4 | 1997-12-12 | EP 1016298 B1 (69732668-3) | 2005-03-02 |
| E6211(T).DE(EPW) | DE | Granted | 98952021.8 | 1998-09-29 | EP 1021923 B1 (69806619-7) | 2002-07-17 |
| E6217(T).DE(EPW) | DE | Granted | 98949267.3 | 1998-09-29 | EP 1023814 B1 (69834503-7) | 2006-05-10 |
| E6250(T).DE(EPW) | DE | Granted | 99906652.5 | 1999-02-09 | EP 1055347 B1 (69937486-3) | 2007-11-07 |
| E6215(T).DE(EPW) | DE | Granted | 98946753.5 | 1998-09-28 | EP 1057253 B1 (69838230-7) | 2007-08-08 |
| E6254(T).DE(EPW) | DE | Granted | 99908030.2 | 1999-02-26 | EP 1060629 B1 (69924985-6) | 2005-04-27 |
| E6256.001(T).DE(EPW) | DE | Granted | 99914512.1 | 1999-03-11 | EP 1062725 B1 (69942363-5) | 2010-05-12 |
| E6269(T).DE(EPW) | DE | Granted | 99928285.8 | 1999-05-07 | EP 1078543 B1 (69926363-8) | 2005-07-27 |
| E5019(T).DE(EPW) | DE | Granted | 99948574.1 | 1999-04-29 | EP 1082820 B1 (69932929-9) | 2006-08-23 |
| E6278(T).DE(EPW) | DE | Granted | 99935212.3 | 1999-06-10 | EP 1086600 B1 (69935789-6) | 2007-04-11 |
| E1002.550(T).DE(EPW) | DE | Granted | 99937344.2 | 1999-07-20 | EP 1099354 B1 (69944742-9) | 2013-05-15 |
| E418(T).DE(EPW) | DE | Granted | 99937276.6 | 1999-07-16 | EP 1103117 B1 (69920927-7) | 2004-10-06 |
| X E5025(T).DE(EPW) | DE | Granted | 999435522 | 1999-07-30 | EP 1105991 B1 (69936455-8) | 2007-07-04 |
| E5026.450(T).DE(EPW) | DE | Granted | 99951323.7 | 1999-09-14 | EP 1114527 B1 (69910046-1) | 2003-07-30 |
| E6321(T).DE(EPW) | DE | Granted | 99956416.4 | 1999-10-04 | EP 1119953 B1 (69926008-6) | 2005-06-29 |
| E6466.650(T).DE(EP#) | DE | Granted | 00101675.7 | 2000-02-02 | EP 1122921 B1 (60024404-0) | 2005-11-30 |
| E6337(T).DE(EPW) | DE | Granted | 99962135.2 | 1999-11-10 | EP 1129534 B1 (69914625-9) | 2004-02-04 |
| E6333(T).DE(EPW) | DE | Granted | 99971990.9 | 1999-10-29 | EP 1129592 B1 (69932074-7) | 2006-06-21 |
| E432(T).DE(EPW) | DE | Granted | 99956877.7 | 1999-11-03 | EP 1133883 B1 (69923782-3) | 2005-02-16 |
| E6348(T).DE(EPW) | DE | Granted | 99963722.6 | 1999-11-19 | EP 1135910 B1 (69938055-3) | 2008-01-23 |
| E6363(T).DE(EPW) | DE | Granted | 99966650.6 | 1999-12-27 | EP 1142378 B1 (69924015-8) | 2005-03-02 |
| E6354(T).DE(EPW(1)) | DE | Granted | 99964909.8 | 1999-12-17 | EP 1142414 B1 (69938149-5) | 2008-02-13 |
| E6360(T).DE(EPW) | DE | Granted | 99965643.2 | 1999-12-14 | EP 1142418 B1 (69932631-1) | 2006-08-02 |
| E6372(T).DE(EPW) | DE | Granted | 00905510.4 | 2000-01-25 | EP 1147633 B1 (60038437-3) | 2008-03-26 |
| E6380(T).DE(EPW) | DE | Granted | 009115395 | 2000-02-25 | EP 1155581 B1 (60034769-9) | 2007-05-09 |
| E6371(T).DE(EPW) | DE | Granted | 00904175.7 | 2000-01-27 | EP 1157463 B1 (60024786-4) | 2005-12-14 |
| E6114(T).DE(EPW01) | DE | Granted | 01113669.4 | 1997-10-07 | EP 1168633 B1 (69732153-3) | 2004-12-29 |
| E5032(T).DE(EPW) | DE | Granted | 00923231.5 | 2000-04-11 | EP 1169782 B1 (60000786-3) | 2002-11-13 |
| E6383(T).DE(EPW) | DE | Granted | 00917546.4 | 2000-03-06 | EP 1180319 B1 (60005173-0) | 2003-09-10 |
| E6398(T).DE(EPW) | DE | Granted | 00938695.4 | 2000-05-29 | EP 1186215 B1 (60001113-5) | 2003-01-02 |
| E6397(T).DE(EPW) | DE | Granted | 00935061.2 | 2000-05-18 | EP 1190489 B1 (60000792-8) | 2002-11-13 |
| E6401(T).DE(EPW) | DE | Granted | 00946580.8 | 2000-06-09 | EP 1190548 B1 (60030117-6) | 2006-08-16 |
| E6400(T).DE(EPW) | DE | Granted | 009325036 | 2000-05-16 | EP 1192725 B1 (60043437-D) | 2009-12-02 |
| E6402.95D(T).DE(EPW) | DE | Granted | 00938161.7 | 2000-06-07 | EP 1195007 B1 (60009759-5) | 2004-01-02 |
| E5034(T).DE(EPW) | DE | Granted | 00945445.5 | 2000-07-21 | EP 1197113 B1 (60042237-2) | 2009-05-20 |
| E6407(T).DE(EPW) | DE | Granted | 00947089.9 | 2000-07-06 | EP 1201097 B1 (60041702-6) | 2009-03-04 |
| E6413(T).DE(EPW) | DE | Granted | 00959073.8 | 2000-08-25 | EP 1206844 B1 (60035786-4) | 2007-08-01 |
| E6414(T).DE(EPW) | DE | Granted | 00958433.5 | 2000-08-11 | EP 1206891 B1 (60037973-6) | 2008-02-06 |
| E6409(T).DE(EPW) | DE | Granted | 00949453.5 | 2000-08-03 | EP 1208710 B1 (60012023-6) | 2004-07-07 |
| E6533(T).DE(EP#) | DE | Granted | 00124396.3 | 2000-11-21 | EP 1209475 B1 (60026776-8) | 2006-03-22 |
| E6419(T).DE(EPW) | DE | Granted | 00964848.6 | 2000-09-15 | EP 1212908 B1 (60040920-1) | 2008-11-26 |
| E6424(T).DE(EPW) | DE | Granted | 00968254.3 | 2000-09-22 | EP 1216563 B1 (60046876-3) | 2012-01-25 |
| E5035(T).DE(EPW) | DE | Granted | 00967275.9 | 2000-10-03 | EP 1230746 B1 (60016966-9) | 2004-12-22 |
| X E6440(T).DE(EPW) | DE | Granted | 00976479.6 | 2000-10-20 | EP 1230818 B1 (60040799-3) | 2008-11-12 |
| E6445(T).DE(EPW) | DE | Granted | 00981990.5 | 2000-11-14 | EP 1232665 B1 (60036219-1) | 2007-08-29 |
| E6437.001(T).DE(EPW) | DE | Granted | 00975108.2 | 2000-10-26 | EP 1234376 B1 (60039906-D) | 2008-08-13 |
| E6437(T).DE(EPW) | DE | Granted | 00972807.2 | 2000-10-19 | EP 1243147 B1 (600147D5-3) | 2004-10-06 |
| E6465(T).DE(EPW) | DE | Granted | 01902910.7 | 2001-01-25 | EP 1250787 B1 (60120354-2) | 2006-06-07 |
| E6560(T).DE(EP#) | DE | Granted | 01610042.2 | 2001-04-19 | EP 1251642 B1 (60109416-6) | 2005-03-16 |
| E467(T).DE(EP) | DE | Granted | 02008329.1 | 2002-04-11 | EP 1251671 B1 (60207474-6) | 2005-11-23 |
| E6473(T).DE(EPW) | DE | Granted | 01906474.D | 2001-02-15 | EP 1258160 B1 (60125723-5) | 2007-01-03 |
| E6478(T).DE(EPW) | DE | Granted | 01909801.1 | 2001-02-28 | EP 1260032 B1 (60110389-0) | 2005-04-27 |
| E458(T).DE(EP) | DE | Granted | 01968652.6 | 2001-09-06 | EP 1260068 B1 (60107392-4) | 2004-11-24 |

Schedule A                    List of Assigned Patents

| E!P Ref | CC | Status | Application Number | Filing Date | Grant Number | Grant Date |
|---|---|---|---|---|---|---|
| E6495(T).DE(EPW) | DE | Granted | 01932772.5 | 2001-04-30 | EP 1282978 B1 (60113985-2) | 2005-10-12 |
| E6497(T).OE(EPW) | OE | Granted | 01930516.8 | 2001-04-12 | EP 1287587 B1 (60107838-1) | 2004-12-15 |
| E6581(T).DE(EP#) | DE | Granted | 01122117.3 | 2001-09-14 | EP 1294133 B1 (60125762-6) | 2007-01-03 |
| E6516(T).DE(EPW) | OE | Granted | 01975106.4 | 2001-10-05 | EP 1323325 B1 (60142976-1) | 2010-09-01 |
| E6526(T).DE(EPW) | DE | Granted | 01976996.7 | 2001-10-17 | EP 1327282 B1 (60136286-1) | 2008-10-22 |
| E6524(T).DE(EPW) | DE | Granted | 01976994.2 | 2001-10-17 | EP 1328998 B1 (60146435-4) | 2012-04-18 |
| E6523(T).DE(EPW) | DE | Granted | 01976995.9 | 2001-10-17 | EP 1330849 B1 (60136479-1) | 2008-11-05 |
| E6539.0D1(T).DE(EPW) | DE | Granted | 01270074.6 | 2001-12-04 | EP 1340396 B1 (60129734-2) | 2007-08-01 |
| E6540(T).OE(EPW) | DE | Granted | 01999983.8 | 2001-12-04 | EP 1352445 B1 (60142637-1) | 2010-07-21 |
| E6547(T).OE(EPW) | DE | Granted | 02710647.5 | 2002-02-08 | EP 1358770 B1 (60242677-4) | 2012-04-18 |
| E5042(T).DE(EPW) | DE | Granted | 01272444.9 | 2001-12-21 | EP 1358775 B1 (60133935-5) | 2008-05-07 |
| E460(T).DE(EP) | OE | Granted | 01272202.1 | 2001-12-19 | EP 1360771 B1 (60128146-2) | 2007-04-25 |
| E1021.270(T).DEYE | OE | Granted | 03254159.1 | 2003-06-30 | EP 1376438 B1 (60310812-1) | 2007-01-03 |
| E5043(T).OE(EPW) | DE | Granted | 02736428.0 | 2002-06-07 | EP 1400143 B1 (60244527-2) | 2013-02-20 |
| E6576(T).DE(EPW) | DE | Granted | 02756042.4 | 2002-07-09 | EP 1410664 B1 (60242686-3) | 2012-04-18 |
| E6575.700(T).DE(EPW) | DE | Granted | 02754791.8 | 2002-06-28 | EP 1417759 B1 (60222673-2) | 2007-09-26 |
| E6585(T).DE(EPW) | DE | Granted | 02802073.3 | 2002-09-23 | EP 1440510 B1 (60223831-5) | 2007-11-28 |
| E1030.351(T).DEE | DE | Granted | 04100786.5 | 2004-02-27 | EP 1453275 B1 (602004002603-4) | 2006-10-04 |
| E6592.950(T).DE(EPW) | DE | Granted | 02797457.5 | 2002-12-19 | EP 1464187 B1 (60239829-0) | 2011-04-20 |
| E6598(T).DE(EPW) | DE | Granted | 03756081.0 | 2003-05-30 | EP 1510065 B1 (60333997-2) | 2010-09-01 |
| E6601(T).DE(EP#W) | DE | Granted | 02776939.7 | 2002-08-22 | EP 1543694 B1 (60235765-7) | 2010-01-27 |
| E5058(T).DE(EP#W) | DE | Granted | 02781195.9 | 2002-09-27 | EP 1547419 B1 (60220727-4) | 2007-06-13 |
| E6616(T).DE(EPW) | DE | Granted | 04727471.7 | 2004-04-14 | EP 1618757 B1 (602004015442-3) | 2008-07-30 |
| E6621(T).DE(EPW) | DE | Granted | 04749187.3 | 2004-07-27 | EP 1661334 B1 (602004034339-0) | 2011-09-14 |
| E6625(T).DE(EP#W) | DF | Granted | 03779037.5 | 2003-11-26 | EP 1687893 B1 (60325789-5) | 2009-01-07 |
| E5064(T).DE(EPW) | DE | Granted | 04800286.9 | 2004-11-09 | EP 1687909 B1 (602004040668-6) | 2013-01-02 |
| E5065(T).DE(EPW) | DE | Granted | 04804626.2 | 2004-12-01 | EP 1695503 B1 (602004039806-3) | 2012-10-24 |
| E5067(T).OE(EP#W) | OE | Granted | 03768492.5 | 2003-12-22 | EP 1698196 B1 (60332877-6) | 2010-06-02 |
| E6629(T).OE(EP#W) | DE | Granted | 03786431.1 | 2003-12-24 | EP 1700225 B1 (60316363-7) | 2007-09-12 |
| E6630(T).DE(EP#W) | DE | Granted | 03786432.9 | 2003-12-24 | EP 1700501 B1 (60312747-9) | 2007-03-21 |
| E5071(T).DE(EP#W) | DE | Granted | 03789435.9 | 2003-12-30 | EP 1704661 B1 (60345197-7) | 2013-10-30 |
| E6628(T).DE(EP#W) | DE | Granted | 03785926.1 | 2003-12-23 | EP 1704740 B1 (60320689-1) | 2008-04-30 |
| E5072(T).OE(EP#W) | OE | Granted | 03795977.2 | 2003-12-30 | EP 1706953 B1 (60316616-4) | 2007-09-26 |
| E5074(T).DE(EP#W) | DE | Granted | 04711029.6 | 2004-02-13 | EP 1714515 B1 (602004026483-0) | 2010-04-07 |
| E5076(T).OE(EPW) | DE | Granted | 05704808.4 | 2005-02-08 | EP 1716657 B1 (602005034653-8) | 2012-06-13 |
| E5063(T).OE(EP#W) | DE | Granted | 03751685.3 | 2003-10-07 | EP 1719264 B1 (60330405-2) | 2009-12-02 |
| E6632(T).DE(EPW) | OE | Granted | 05724787.6 | 2005-03-07 | EP 1721402 B1 (602005010557-3) | 2008-10-22 |
| E6641(T).DE(EPW) | DE | Granted | 04765663.2 | 2004-09-28 | EP 1784941 B1 (602004017233-2) | 2008-10-15 |
| E5082(T).DE(EP#W) | DE | Granted | 04793874.1 | 2004-10-29 | EP 1810418 B1 (602004036929-2) | 2017-03-14 |
| E5087.250(T).DE(EP#W) | OE | Granted | 04800420.4 | 2004-11-29 | EP 1820359 B1 (602004038862-9) | 2012-08-08 |
| E6645(T).DE(EP#W) | DE | Granted | 04803497.9 | 2004-12-03 | EP 1829296 B1 (602004023770-1) | 2009-10-21 |
| E5091(T).DE(EP#W) | DE | Granted | 05707092.2 | 2005-01-31 | EP 1849316 B1 (602005015764-6) | 2009-07-29 |

Schedule A                          List of Assigned Patents

| | EIP Ref | CC | Status | Application Number | Filing Date | Grant Number | Grant Date |
|---|---|---|---|---|---|---|---|
| | E5095(T).DE(EP#W) | DE | Granted | 05711137.9 | 2005-02-24 | EP 1854259 B1 (602005041101-1) | 2013-09-04 |
| | E5096(T).DE(EPW) | DE | Granted | 06717123.1 | 2006-03-23 | EP 1875613 B1 (602006038217-0) | 2013-09-04 |
| | E6647(T).DE(EP#W) | DE | Granted | 05744749.2 | 2005-05-03 | EP 1878128 B1 (602005027496-3) | 2010-07-21 |
| | E5099(T).DE(EPW) | DE | Granted | 06751209.5 | 2006-04-24 | EP 1889413 B1 (602006030561-3) | 2012-07-04 |
| | E5104(T).DE(EP#W) | DE | Granted | 05796461.1 | 2005-10-14 | EP 1935130 B1 (602005034745-3) | 2012-06-13 |
| | E5132(T).DE(EP#) | DE | Granted | 07111026.6 | 2007-06-26 | EP 2009544 B1 (602007005790-6) | 2010-04-07 |
| | E5149(T).DE(EP#) | DE | Granted | 07150332.0 | 2007-12-21 | EP 2073508 B1 (602007006329-9) | 2010-05-05 |
| | E6650(T).DE(EPW) | DE | Granted | 07821577.9 | 2007-10-19 | EP 2082495 B1 (602007013931-7) | 2011-04-13 |
| | E6651(T).DE(EP#W) | DE | Granted | 06841593.4 | 2006-12-22 | EP 2103151 B1 (602006014741-4) | 2010-06-02 |
| | E6652(T).DE(EPW) | DE | Granted | 07849032.3 | 2007-12-18 | EP 2119269 B1 (602007009325-2) | 2010-09-15 |
| X | E5128(T).DE(EP#W) | DE | Granted | 07711716.6 | 2007-02-28 | EP 2119287 B1 (602007033786-0) | 2013-11-13 |
| | E5126(T).DE(EP#W) | DE | Granted | 06829876.9 | 2006-12-27 | EP 2127457 B1 (602006031870-7) | 2012-09-05 |
| | E5134(T).DE(EP#W) | DE | Granted | 07769033.7 | 2007-07-02 | EP 2163019 B1 (602007025447-7) | 2012-09-12 |
| | E5142.500(T).DE(EPW) | DE | Granted | 08844758.6 | 2008-10-27 | EP 2206395 B1 (602008009658-0) | 2011-09-07 |
| | E6654(T).DE(EPW) | DE | Granted | 08853944.0 | 2008-11-06 | EP 2213025 B1 (602008012542-4) | 2012-01-04 |
| X | E5150(T).DE(EPW[1]) | DE | Granted | 08870057.0 | 2008-10-07 | EP 2229744 B1 (602008024911-5) | 2013-05-22 |
| | E5143(T).DE(EPW) | DE | Granted | 08843664.7 | 2008-10-06 | EP 2269404 B1 (602008009654-8) | 2011-09-07 |
| | E5154(T).DE(EP#W) | DE | Granted | 08794149.8 | 2008-08-15 | EP 2314007 B1 (602008019175-3) | 2012-10-03 |
| | E5167(T).DE(EP#) | DE | Granted | 09015325.5 | 2009-12-10 | EP 2333970 B1 (602009008322-8) | 2012-07-18 |
| | E5156(T).DE(EP#W) | DE | Granted | 08801872.6 | 2008-09-05 | EP 2335361 B1 (602008013326-5) | 2012-02-08 |
| | E5161(T).DE(EP#W) | DE | Granted | 08876333.9 | 2008-12-29 | EP 2371168 B1 (602008027220-6) | 2013-08-28 |
| | E5162(T).DE(EPW[1]) | DE | Granted | 09801310.5 | 2009-12-28 | EP 2409529 B1 (602009018963-8) | 2013-09-18 |
| X | E5128(T).DE(EP#WD1) | DE | Granted | 12159399.0 | 2007-02-28 | EP 2485514 B1 (602007034384-4) | 2013-12-18 |
| | E5165(T).DE(EP#W) | DE | Granted | 09751874.0 | 2009-11-03 | EP 2497238 B1 (602009021807-7) | 2014-02-12 |
| | E5005(T).DEW | DE | Pending | 19781950.8 | 1997-08-08 | | |
| | E5010(T).DEW | DE | Pending | 19881986.2 | 1998-01-26 | | |
| | E5012(T).DEW | DE | Pending | 19882330.4 | 1998-04-06 | | |
| | E5033(T).DEW | DE | Pending | 10084827.3 | 2000-07-19 | | |
| | E6353(T).EEW | EE | Granted | P200100286 | 1999-12-17 | EE 4353 B1 | 2004-08-16 |
| | 2E6005(T).EP | EP | Granted | 94850072.3 | 1994-04-28 | EP 0622910 B1 | 2003-06-25 |
| | ZE6008(T).EP | EP | Granted | 94850112.7 | 1994-06-22 | EP 0637179 B1 | 2003-08-27 |
| | ZE6002(T).EPW | EP | Granted | 94911337.7 | 1994-03-15 | EP 0642718 B1 | 1999-12-08 |
| | ZE6006(T).EPW | EP | Granted | 94916451.1 | 1994-05-10 | EP 0650647 B1 | 2002-11-06 |
| | ZE6021(T).EPW | EP | Granted | 95934422.7 | 1995-09-13 | EP 0728390 B1 | 2004-04-28 |