# EXHIBIT 9

# About ASUS

**Brand Story**

The Meaning of ASUS

Brand Promise

Marks in History: ASUS Notebooks

Marks in History: ASUS Motherboards

**Company Philosophy**

ASUS DNA

Winning formula

**Innovation & Aesthetics**

ASUS Design Philosophy

asusDESIGN website

**Corporate Social Responsibility**

Green ASUS

Facilities & Branches

Investor Relations

Internal Audit

# Facilities & Branches

## ASUSTeK COMPUTER INC. (Taiwan)

**Technical Support**

Hotline: +886-2-2894-3447 (0800-093-456)

E-mail: http://vip.asus.com/eservice/techserv.aspx

FTP: ftp://ftp.asus.com.tw/pub/ASUS

Fax: +886-2-2895-9254

WWW: http://taiwan.asus.com.tw

**Certificate**


OHSAS18001


ISO14001


ISO9001

- America    - Asia Pacific    - China    - Europe

## ASUS COMPUTER INTERNATIONAL (America)

**US Headquarters:**

800 Corporate Way,
Fremont, CA 94539
USA

Tel: 510-739-3777

Fax: 510-608-4555

**Canada Branch Office:**

70 Gough Road
Markham, Ontario
L3R 0E9
Canada

Tel: (905) 370-2787

Fax: (905) 489-2718

## US Headquarters:

### Support Site:
http://service.asus.com/

### Notebook / Eee Family Support:
Email:http://vip.asus.com/eservice/techserv.aspx
Notebook ONLY Hotline:
1-888-678-3688
Available 24 hours

### Server Support:
Tel: 510-791-3700
Fax: 510-797-3598

### Sales
**Notebook Sales Hotline :**
Tel: 888-678-3688

### Press Contacts
**Consumer Spotlights, Editorials & Corporate Information**
Email:Press_Talk@asus.com

### ASUS Mexico:
Av. Insurgentes Sur 1647 Piso 10,
Col. San Jose Insurgentes CP. 03900
Tel: +52(55)46242426

### Motherboard and General Product Support :
Email: http://vip.asus.com/eservice/techserv.aspx
- Tel: 812-282-2787
- Fax: 510-608-4555

### PDA Support:
Email:http://vip.asus.com/eservice/techserv.aspx
PDA ONLY Hotline: 1-866-732-7108

### RMA Support:
Tel: 812-282-2787
Fax: 510-608-4511